IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GARY RAY TOMEY, II,**

    **Petitioner,**

**v.**                                        **Case No. 3:21cv803-LC/MAF**

**W.E. MACKELBERG, WARDEN,**

    **Respondent.**
_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 5) that the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed. I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. The § 2241 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.

**DONE AND ORDERED** this 25th day of August, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**